BEFORE THE FIRST DIVISION, OCTOBER 30, 1963

No. 68059.—The American Import Co. *v.* United States, protest 58/25396–10219 (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.